1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO CASTRO,                          No. C-10-03509 EDL

        Plaintiff,                          **REPORT AND RECOMMENDATION
                                   RE: DISMISSAL**

  v.

CHEVY CHASE BANK,

        Defendant.
_____/

      By court order filed on August 10, 2010, this case was set for an initial case management

conference on November 16, 2010 at 10:00 a.m.  The initial case management conference was

continued twice pursuant to clerk's notices to December 21, 2010 at 10:00 a.m.  Both clerk's notices

continuing the initial case management conference were served on Plaintiff at his address of record.

Plaintiff, who is representing himself, did not appear on December 21, 2010 for the case

management conference.  Nor did he file a case management conference statement as required by

the August 10, 2010 court order and the two clerk's notices.

      Defendant filed a case management conference statement and specially appeared at the

December 21, 2010 initial case management conference.  Defendant stated that it had never been

served with the summons and complaint in this matter, which was removed on August 10, 2010.

      On December 22, 2010, the Court issued an Order to Show Cause why this case should not

be dismissed for lack of prosecution.  Plaintiff's response to the Order to Show Cause was due no

later than January 14, 2011.  To date, no response has been filed.  Accordingly, the Court

recommends dismissing this action for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41(b).

      Any party may serve and file specific written objections to this recommendation within

fourteen (14) days after being served with a copy.  See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P.

72(b); Civil Local Rule 72-3.  Failure to file objections within the specified time may waive the

right to appeal the District Court's order.

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2