IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CASTRO,<br><br>     Plaintiff,<br><br>  v.<br><br>CHEVY CHASE BANK,<br><br>     Defendants.<br>_____/ | No. C 10-3509 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE DISMISSAL RE ORDER TO SHOW CAUSE |

    The Court has reviewed Magistrate Judge LaPorte's Report and Recommendation Re Dismissal Re Order to Show Cause.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall enter judgment in accordance with this order and close the case.  The case management conference previously set for Tuesday, October 18, 2011 is vacated.

Dated: 8/9/2011

                                      CLAUDIA WILKEN
                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CASTRO et al,

        Plaintiff,

v.

CHEVY CHASE BANK et al,

        Defendant.

Case Number: CV10-03509 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alejandro Castro
3320 Hoover Street
Redwood City, CA 94063

Dated: August 9, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk